**Order entered February 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01308-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00604-2**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

By order issued December 5, 2019, the court requested a response in this mandamus proceeding. On December 16, 2019, the respondent, the Honorable Ingrid M. Warren, filed a response, but inadvertently filed it under cause no. 05-19-00523-CV instead of the current cause number.

We **DIRECT** the Clerk of the Court to transfer the Response to the Petition for Writ of Mandamus filed on December 16, 2019 by the Honorable Ingrid M. Warren from the case file in cause no. 05-19-00523-CV to the case file in cause no. 05-19-01308-CV.

/s/     CORY L. CARLYLE
        JUSTICE